# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CARRIE DAWN MCCLAIN RAPER**                                                   **PLAINTIFF**

v.                         **Case No. 4:21-cv-00094 JM**

**CITY OF WARREN; DENISA PENNINGTON,**
Mayor; **SHAWN HILDRETH, Police Chief, Warren;**
**TIM BRIGHTON, Former Sergeant, Warren Police;**
**TIM NICHOLS, Detective, Warren Police; ROBBIE**
**ASHCRAFT, Detective, Warren Police; DOES, Warren**
City Council Members and Police Officer Alex;
**ALEX MEEKS, Warren Patrolman**                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE